IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

        Plaintiff,                      No. CIV S-07-2578 MCE GGH P

    vs.

SGT. VOONG, et al.,

        Defendants.

_____/      ORDER

          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to 42 U.S.C. § 1983. On January 9, 2008, the court issued an order addressing the complaint. The court found that the complaint stated a colorable claim for relief against defendants Voong, Carrol, Foster, Olivio, Gant, Solorzano, Garrett and Ross. The court dismissed the claims against defendants Schwartz, Crawford, Veal, Piazza, Cry and Grannis with thirty days to file an amended complaint. Thirty days passed and plaintiff did not file an amended complaint. Accordingly, the court now orders service of defendants Voong, Carrol, Foster, Olivio, Gant, Solorzano, Garrett and Ross and separately recommends dismissal of the remaining defendants.

          In accordance with the above, IT IS HEREBY ORDERED that:

          1. Service is appropriate for the following defendants: Voong, Carrol, Foster, Olivio, Gant, Solorzano, Garrett and Ross.

2. The Clerk of the Court shall send plaintiff 8 USM-285 forms, one summons, an instruction sheet and a copy of the complaint filed December 3, 2007.

3. Within thirty days from the date of this order, plaintiff shall complete the attached Notice of Submission of Documents and submit the following documents to the court:

    a. The completed Notice of Submission of Documents;

    b. One completed summons;

    c. One completed USM-285 form for each defendant listed in number 3 above; and

    d. Nine copies of the endorsed complaint filed December 3, 2007.

4. Plaintiff need not attempt service on defendants and need not request waiver of service. Upon receipt of the above-described documents, the court will direct the United States Marshal to serve the above-named defendants pursuant to Federal Rule of Civil Procedure 4 without payment of costs.

DATED: 03/18/08             /s/ Gregory G. Hollows

                                  UNITED STATES MAGISTRATE JUDGE

oneal2578.1

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

     Plaintiff,                              No. CIV S-07-2578 MCE GGH P

     vs.

SGT. VOONG, et al.,                     NOTICE OF SUBMISSION

     Defendants.                      OF DOCUMENTS

_____/

     Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

     _____    completed summons form

     _____    completed USM-285 forms

     _____    copies of the _____
                                Complaint/Amended Complaint

DATED:

                                             _____
                                             Plaintiff