1

2

3

4

5

6

7

8                    IN THE UNITED STATES DISTRICT COURT

9                  FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRELL O'NEAL,

11          Plaintiff,                        No. CIV S-07-2578 MCE GGH P

12          vs.

13   SGT. VOONG, et al.,

14          Defendants.              FINDINGS & RECOMMENDATIONS

15   _____/

16          Plaintiff is a state prisoner proceeding pro se with a civil rights action pursuant to

17   42 U.S.C. § 1983.  On January 9, 2008, the court issued an order addressing the complaint.  The

18   court found that the complaint stated a colorable claim for relief against defendants Voong,

19   Carrol, Foster, Olivio, Gant, Solorzano, Garrett and Ross.  The court dismissed the claims

20   against defendants Schwartz, Crawford, Veal, Piazza, Cry and Grannis with thirty days to file an

21   amended complaint.  Thirty days passed and plaintiff did not file an amended complaint.

22   Accordingly, the court now recommends dismissal of defendants Schwartz, Crawford, Veal,

23   Piazza, Cry and Grannis for the reasons stated in the January 9, 2008, order.  The court has

24   separately ordered service of the other defendants.

25   /////

26   /////

1

1    Accordingly, for the reasons stated in the January 9, 2008, order IT IS HEREBY

2  RECOMMENDED that the claims against Schwartz, Crawford, Veal, Piazza, Cry and Grannis in

3  the complaint be dismissed.

4    These findings and recommendations are submitted to the United States District

5  Judge assigned to the case, pursuant to the provisions of 28 U.S.C. § 636(b)(l).  Within twenty

6  days after being served with these findings and recommendations, plaintiff may file written

7  objections with the court.  The document should be captioned "Objections to Magistrate Judge's

8  Findings and Recommendations."  Plaintiff is advised that failure to file objections within the

9  specified time may waive the right to appeal the District Court's order.  Martinez v. Ylst, 951

10  F.2d 1153 (9th Cir. 1991).

11  DATED:   03/18/08                              /s/ Gregory G. Hollows

12                                                        UNITED STATES MAGISTRATE JUDGE

13

14
    oneal2578.56
15

16

17

18

19

20

21

22

23

24

25

26