IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

    Plaintiff,                    No. CIV S-07-2578 MCE GGH P

  vs.

SGT. VOONG, et al.,

    Defendants.             <u>ORDER</u>

/

        Plaintiff has requested an extension of time to file an amended complaint addressing his claims against defendants Voong, Carroll, Olivio and Foster. Good cause appearing, this request is granted.

        On February 25, 2009, the court granted defendants' motion to dismiss with leave to amend as to the claims against defendants Voong, Carroll, Olivio and Foster. The court recommended that defendants' motion to dismiss be denied as to the claims against defendants Gant, Garrett, Solorzano and Ross. Local Rule 15-220 requires that complaints be complete without reference to other pleadings. Therefore, this action will proceed only as to those defendants named in the amended complaint. In other words, if the amended complaint contains no claims against defendants Gant, Garrett, Solorzano or Ross, the court will find that plaintiff has abandoned his claims against these defendants.

/////

Accordingly, IT IS HEREBY ORDERED that:

1. Plaintiff's March 2, 2009, request for an extension of time (Docket No. 29) is granted; and

2. Plaintiff is granted thirty days from the date of this order in which to file an amended complaint.

3. No further extensions will be authorized.

DATED: March 6, 2009

/s/ Gregory G. Hollows

GREGORY G. HOLLOWS
UNITED STATES MAGISTRATE JUDGE

GGH:kly
onea2578.36