1

2

3

4

5

6

7

8                           IN THE UNITED STATES DISTRICT COURT

9                         FOR THE EASTERN DISTRICT OF CALIFORNIA

10   TERRELL O'NEAL,

11            Plaintiff,                          No. CIV S-07-2578 MCE GGH P

12        vs.

13   VOONG, et al.,

14            Defendants.                         ORDER

15   _____/

16            Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil

17   rights action.  On May 15, 2009 and May 18, 2009, plaintiff filed his fourth and fifth requests for

18   the appointment of counsel.  Plaintiff's previous requests were filed on October 16, 2008,

19   December 29, 2008 and February 11, 2009.  All requests were denied.  In light of those orders,

20   plaintiff's current motions are denied.

21            In the May 15, 2008, motion for appointment of counsel, plaintiff requests an

22   order for law library access.  Plaintiff alleges that he is incarcerated at the Rio Consumnes

23   Correction Center which "ultimately prevents him from access to law books, copier machine"

24   and ink pens.  Plaintiff alleges no facts in support of his claim that he is being denied law library

25   access.  For example, plaintiff does not allege to whom he made his request for law library access

26   and why his request was denied.  Accordingly, the request is denied because it is not well

1    supported.

2         Accordingly, IT IS HEREBY ORDERED that plaintiff's May 15, 2009 (Docket

3    No. 37) and May 18, 2009 (Docket No. 38)  requests are denied.

4    DATED: June 10, 2009

5

6                             /s/ Gregory G. Hollows

7                            GREGORY G. HOLLOWS
                                   UNITED STATES MAGISTRATE JUDGE

8    GGH:kly
     onea2578.31thr(2)

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26