IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

TERRELL O'NEAL,

      Plaintiff,           No. CIV S-07-2578 MCE GGH P

   vs.

VOONG, et al.,

      Defendants.        ORDER

_____/

      Plaintiff is a prison inmate proceeding pro se and in forma pauperis with a civil rights action.  On August 24, 2009, plaintiff filed his fifth motion for the appointment of counsel. Plaintiff's previous requests were filed on October 16, 2008, December 29, 2008, February 11, 2009 and May 18, 2009.  All motions were denied.  In light of those orders, IT IS HEREBY ORDERED that plaintiff's August 24, 2009 motion for appointment of counsel (Docket No. 41) is denied.

DATED: September 9, 2009

                        /s/ Gregory G. Hollows

                        GREGORY G. HOLLOWS
                        UNITED STATES MAGISTRATE JUDGE

GGH:mp
onea2578.31thr